UNITED STATES of America,
Plaintiff–Appellee,

v.

Juvenal VARGAS–DIAZ, aka Juvenal Diaz, Defendant–Appellant.

No. 07–10401.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed March 5, 2009.

Christina Marie Cabanillas, Assistant U.S., Cynthia R. Wood, Esquire, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Hortencia Delgadillo, Esquire, Tucson, AZ, for Defendant–Appellant.

Juvenal Vargas–Diaz, Taft, CA, pro se.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Juvenal Vargas–Diaz appeals from the 22–month sentence imposed upon revocation of supervised release. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Vargas–Diaz's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.